PER CURIAM.

(No. 74-CC-533—Claimant 

UNITED VAN LINES, INC., Claimant, *vs.* STATE OF ILLINOIS, BUREAU OF THE BUDGET, Respondent.

*Opinion filed June 5, 1974.*

UNITED VAN LINES, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.